UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| James E. Moore and Tim McGough, as Trustees of the Carpenters & Joiners Welfare Fund, Twin City Carpenters Pension Master Trust Fund, and Twin City Carpenters Vacation Fund; James E. Moore as Trustee of the Carpenters and Joiners Apprenticeship and Journeymen Training Trust Fund, and each of their successors, | Civil No. 10-1429 (RHK/JJK) |
| Plaintiffs, | |
| vs. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| Van-Kee, Inc., | |
| Defendant. | |

_____

Pursuant to the Notice of Dismissal Without Prejudice (Doc. No. 7), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

Dated: May 28, 2010

                                                                      s/Richard H. Kyle
                                                                      RICHARD H. KYLE
                                                                       United States District Judge